■ In the Matter of the Claim of HUGO CORONEL, Appellant. COMMISSIONER OF LABOR, Respondent. [34 NYS3d 252]—

Appeal from a decision of the Unemployment Insurance Appeal Board, filed December 10, 2014, which disqualified claimant from receiving unemployment insurance benefits because he voluntarily left his employment without good cause.

Claimant worked for a manufacturing company for approximately two months. He had attendance problems and failed to report to work after December 12, 2013. According to claimant, he stopped working because he had to report to jail following his conviction of driving with a suspended license. The Department of Labor found that claimant was disqualified from receiving unemployment insurance benefits because he voluntarily left his job without good cause. This determination was upheld by an Administrative Law Judge following a hearing and later by the Unemployment Insurance Appeal Board. Claimant appeals.

We affirm. "A claimant who is absent from work due to incarceration has been held disqualified from receiving unemployment insurance benefits" (*Matter of Richardson [Commissioner of Labor]*, 30 AD3d 870, 871 [2006] [citations omitted]; *see Matter of Turley [American Axle & Mfg.—Commissioner of Labor]*, 296 AD2d 763, 764 [2002]). Inasmuch as claimant admitted that his incarceration prevented him from continuing to work for the manufacturing company, substantial evidence supports the Board's decision.

Peters, P.J., McCarthy, Egan Jr., Lynch and Clark, JJ., concur. Ordered that the decision is affirmed, without costs.